# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
12 MAR -5 AM 10: 56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE OCTAVIO RAMOS-GARCIA,<br><br>            Defendant. | CASE NO. 11CR5514-AJB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

___     the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Attempted Entry After Deportation (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/29/12

Anthony J. Battaglia
U.S. Magistrate Judge